IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AUTHENTIXX LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-CV-00057-RWS-RSP |
| | § | |
| UMB FINANCIAL CORPORATION, | § | |
| | § | |
| *Defendant*. | § | |

# ORDER

Before the Court is the Notice of Dismissal ("Notice") filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) by Authentixx LLC ("Plaintiff"). Dkt. No. 8. In the Notice, Plaintiff represents that the above-captioned case is voluntarily dismissed WITHOUT PREJUDICE. *Id*. at 1.

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**SIGNED this 21st day of April, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE